# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 18CR03047-001-W |
| Plaintiff, ) | **ORDER TERMINATING SUPERVISED RELEASE** |
| v. ) | |
| JOSEPH MANUEL MALDONADO, ) | |
| Defendant. ) | |

Good cause shown, and upon motion of counsel, the court orders the supervised release for Joseph Manuel Maldonado, defendant in the above-captioned case, to be terminated upon entry of this order.

IT IS SO ORDERED.

Dated: _____5/18_____, 2021

Honorable Thomas J. Whelan
Judge, United States District Court
Southern District of California